UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

TARA LEIGH BENNETT,

                Plaintiff,

                                           Civil Action No. 1:23-cv-00679-FJS-ML

      v.

COMMISSIONER OF SOCIAL SECURITY,

                Defendant

-----------------------------------------------------------------X

## STIPULATION FOR ALLOWANCE OF FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT AND COSTS UNDER 28 U.S.C. § 1920

      **IT IS HEREBY STIPULATED** by and between Kathryn Pollack, Special Assistant United States Attorney, for Carla B. Freedman, the United States Attorney for the Northern District of New York, attorneys for the defendant herein, and Howard Olinsky, attorney for the Plaintiff, that the Commissioner of Social Security pay to the Plaintiff attorney fees in the amount of **$7,500.00**, pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, in full satisfaction of any and all claims under the EAJA.  The attorney fees may be paid to Plaintiff's counsel if Plaintiff agrees to assign the fees to counsel, and provided that Plaintiff owes no debt to the Federal Government that is subject to offset under the U.S. Treasury Offset Program.

Dated: July 16, 2024

By: /s/ _____          By: _____

      Kathryn Pollack                             Howard D. Olinsky
      Special Assistant U.S. Attorney           Olinsky Law Group
      Northern District of New York            250 South Clinton Street, Suite 210
      Office of Program Litigation, Office 2    Syracuse, NY 13202
      Office of the General Counsel

Social Security Administration                        (315) 701-5780
6401 Security Boulevard                               Email: holinsky@windisability.com
Baltimore, MD 21235
(212) 264-2331
Email: kathryn.pollack@ssa.gov

**SO ORDERED:**

_____
Frederick J. Scullin, Jr.
Senior United States District Judge

_____July_____, _19, 2024